# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Jose Inacio Da Silva Filho
        Petitioner

        V.

Patricia Hyde et al
           Respondents

CIVIL ACTION

NO.  1:25-cv-13310-ADB

## ORDER OF DISMISSAL

Burroughs, D. J.


    Petitioner's status report, [ECF No. 19], indicates that he has been released from custody on bond.  Because he has obtained the relief sought in his petition, [ECF No. 1], the petition is DENIED AS MOOT, as is his motion to expedite, [ECF No. 18].


        By the Court,


January 26, 2026
        Date

        /s/Caetlin McManus
        Deputy Clerk